UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

STEPHANIE A. SMITH

    Plaintiff,

  v.

MERCY HEALTH-CLERMONT
HOSPITAL, LLC, et al

    Defendants.

Case No. 1:21-cv-57
JUDGE DOUGLAS R. COLE

## AGREED STIPULATED ORDER OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(ii)

This day this cause came before the Court, and the parties being in agreement,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the within action is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and that the Plaintiff, Stephanie A. Smith will amend her Complaint to add the Defendants herein that are not before the Court in case number 1:21-cv-573.

**SO ORDERED.**

January 3, 2022
**DATE**

    **DOUGLAS R. COLE**
    **UNITED STATES DISTRICT JUDGE**

This Order Prepared by:

*/s/ Lindsay A. Lawrence*
Lindsay A. Lawrence, Esq. (#0085880)
**RITTGERS & RITTGERS**
3734 Eastern Avenue
Cincinnati, OH 45226
(513) 932-2115
(513) 934-2201- facsimile lindsay@rittgers.com
*Counsel for Plaintiff*

*Have seen and agree:*

*/s/ Lindsay A. Lawrence*
 Lindsay A. Lawrence, Esq.
*Counsel for Plaintiff*

*/s/Kristopher Burgess, Esq. pursuant to email authorization 11/17/2021*
T. David Burgess, Esq.
Kristopher Burgess, Esq.
*Co-Counsel for Plaintiff*

*/s/C. Jessica Pratt, Esq. pursuant to email authorization 11/17/2021*
C. Jessica Pratt, Esq.
*Counsel for Mercy Health Clermont Hospital, LLC*

*/s/Stephanie P. Franckewitz, Esq. pursuant to email authorization 11/17/2021*
David S. Lockemeyer, Esq.
Stephanie P. Franckewitz, Esq.
*Counsel for Defendants*
*EMP of Cincinnati, LTD. And*
*Samantha Yelley, D.O.*

*/s/Margaret A. Castro, Esq. pursuant to email authorization 11/17/2021*
Margaret A. Castro, Esq.
*Counsel for United States of America, Obo United States of America*
*on behalf of Roger Chang, MD*

*/s/Tomasina E. Poirot, Esq. pursuant to email authorization 11/19/2021*
Bruce R. Parker, Esq.
Tomasina E. Poirot, Esq.
*Counsel for Defendant Lab Corp Dublin*
*d/b/a Laboratory Corporation of America*